DOCKET No. 24 Cr. **605**  
DEFENDANT  Lisa Schiff

AUSA  Cecilia Vogel  
DEF.'S COUNSEL  Randy Zelin  
☑ RETAINED  ☐ FEDERAL DEFENDERS  ☐ CJA  ☐ PRESENTMENT ONLY

☐ _____ INTERPRETER NEEDED

☐ DEFENDANT WAIVES PRETRIAL REPORT

☐ Rule 5  ☐ Rule 9  ☐ Rule 5(c)(3)  ☐ Detention Hrg.  
DATE OF ARREST  10/17/2024    ☑ VOL. SURR.  
TIME OF ARREST  _____    ☐ ON WRIT  
☑ Other: Waiver of Indictment  
TIME OF PRESENTMENT  11:40 am

---

## BAIL DISPOSITION

☐ SEE SEP. ORDER  
☐ DETENTION ON CONSENT W/O PREJUDICE    ☐ DETENTION: RISK OF FLIGHT/DANGER    ☐ SEE TRANSCRIPT  
☐ DETENTION HEARING SCHEDULED FOR: _____  
☑ AGREED CONDITIONS OF RELEASE  
☐ DEF. RELEASED ON OWN RECOGNIZANCE  
☑ $ 20,000  PRB  ☑ 1  FRP  
☐ SECURED BY $_____ CASH/PROPERTY: _____  
☑ TRAVEL RESTRICTED TO SDNY/EDNY/_____  
☐ TEMPORARY ADDITIONAL TRAVEL UPON CONSENT OF AUSA & APPROVAL OF PRETRIAL SERVICES  
☑ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)

☑ PRETRIAL SUPERVISION:   ☐ REGULAR   ☐ STRICT   ☑ AS DIRECTED BY PRETRIAL SERVICES  
☑ DRUG TESTING/TREATMT AS DIRECTED BY PTS   ☑ MENTAL HEALTH EVAL/TREATMT AS DIRECTED BY PTS  
☐ DEF. TO SUBMIT TO URINALYSIS; IF POSITIVE, ADD CONDITION OF DRUG TESTING/TREATMENT

☐ HOME INCARCERATION   ☐ HOME DETENTION   ☐ CURFEW   ☐ ELECTRONIC MONITORING   ☐ GPS  
☐ DEF. TO PAY ALL OF PART OF COST OF LOCATION MONITORING, AS DETERMINED BY PRETRIAL SERVICES

☐ DEF. TO CONTINUE OR SEEK EMPLOYMENT  [OR]  ☐ DEF. TO CONTINUE OR START EDUCATION PROGRAM  
☐ DEF. NOT TO POSSESS FIREARM/DESTRUCTIVE DEVICE/OTHER WEAPON

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET  
☑ DEF. TO BE RELEASED ON OWN SIGNATURE, PLUS THE FOLLOWING CONDITIONS: _____  
Cosigner to sign by 10/25/2024 _____ ; REMAINING CONDITIONS TO BE MET BY: _____

---

**ADDITIONAL CONDITIONS/ADDITIONAL PROCEEDINGS/COMMENTS:**

Defendant is arraigned and sworn. The Court accepts defendant's plea of Guilty as to count 1. The sentencing date is set for January 17, 2025 at 10:30 am. The defendant's sentencing submission is due by January 3, 2025 and the Government's submission is due January 10, 2025. The PSR was ordered and bail is continued.

☐ DEF. ARRAIGNED; PLEADS NOT GUILTY    ☐ CONFERENCE BEFORE D.J. ON _____  
☑ DEF. WAIVES INDICTMENT  
☐ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL _____

**For Rule 5(c)(3) Cases:**  
☐ IDENTITY HEARING WAIVED    ☐ DEFENDANT TO BE REMOVED  
☐ PRELIMINARY HEARING IN SDNY WAIVED    ☐ CONTROL DATE FOR REMOVAL: _____

PRELIMINARY HEARING DATE: _____    ☐ ON D

**DATE:** 10-17-2024

*/s/ J. Paul Oetken*  
J. PAUL OETKEN  
United States District Judge