# RANDY SCOTT ZELIN P.C.

641 LEXINGTON AVENUE
29TH FLOOR
NEW YORK, NEW YORK 10022

WWW.RANDYZELINLAW.COM

RANDY ZELIN
RSZ@RSZPC.COM

T 212.319.4000
F 212.656.1118

November 20, 2024

By ECF

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   United States v. Schiff
      Criminal Docket no.: 24-CR-00605-JPO

Dear Judge Oetken:

I represent Lisa Schiff, the defendant. I write to request permission for my client to travel to visit her parents for Thanksgiving[1]:

Travel Dates: November 26-29, 2024
Travel to:    Miami, FL

My client (and her son) will be staying at the hotel attached to her parents' apartment in Miami. Neither Pretrial Services nor the government has an objection to this request.

Thank you for your kind consideration.

Respectfully submitted,

/s/ Randy Zelin

cc:   Cecilia Vogel, Esq. for the government

---

[1] My letter was dated November 1, 2024 but for some reason it never made it to ECF