**RANDY SCOTT ZELIN P.C.**

641 LEXINGTON AVENUE
29TH FLOOR
NEW YORK, NEW YORK 10022

WWW.RANDYZELINLAW.COM

**Randy Zelin**  T 212.319.4000
rsz@rszpc.com  F 212.656.1118

December 21, 2024

By ECF
The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    United States v. Schiff
               Criminal Docket no.: 24-CR-00605-JPO

Dear Judge Oetken:

      I represent Lisa Schiff, the defendant. I write with the government's consent for a 60-day continuance of sentencing, which is currently set for January 17, 2025, at 10:30 a.m. (ECF Document no. 5). I ask that the 60-day continuance run from the January 17, 2025 sentence date. Concurrently, if the Court is inclined to grant the continuance, I ask that the cutoffs for submission of sentencing memoranda (ECF Document no. 5) be extended to coincide with the adjourned sentencing date.

      Thank you for your kind consideration. Best wishes for the holidays and the New Year.

      Respectfully submitted,

      */s/ Randy Zelin*

cc:    Cecilia Vogel, Esq. for the government
        Stephanie McMahon, USPO