# RANDY SCOTT ZELIN P.C.

**641 LEXINGTON AVENUE**
**29TH FLOOR**
**NEW YORK, NEW YORK 10022**

**WWW.RANDYZELINLAW.COM**

Randy Zelin  T 212.319.4000
rsz@rszpc.com  F 212.656.1118

January 21, 2025

By ECF
The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    United States v. Schiff
            Criminal Docket no.: 24-CR-00605-JPO

Dear Judge Oetken:

    I represent Lisa Schiff, the defendant. I request permission for my client to travel this Friday, January 24, 2025, returning on January 26, 2025. Neither the government nor Pretrial Services object to this request. Here are the particulars:

| | |
|---|---|
| Dates: | January 24-26, 2025 |
| To: | 242 Townsend Rd. Bovina Center, New York |
| Traveling with: | my client's son and her AA Sponsor, Cay Sophie Rabinowitz |

The home is Ms. Rabinowitz's.

Thank you for your kind consideration.

                          Respectfully submitted,

                          */s/ Randy Zelin*

cc:    Cecilia Vogel, Esq. for the government