Exhibit A

January 3, 2025

**VIA EMAIL (via cecilia.vogel@usdoj.gov)**
Cecilia Vogel, Esq.
Assistant United States Attorney
Southern District of New York
26 Federal Plaza
New York, New York 10278

      Re:    *Lisa Schiff Sentencing*

Dear Ms. Vogel:

We write to provide a victim impact statement in connection with the sentencing of Lisa Schiff.

Lisa Schiff did tremendous damage to the Victim-1                    Victim-1 (through Marco) consigned four artworks to Lisa Schiff's company for exhibition and sale. Under the consignment agreement, title to the artworks was not to be transferred to a purchaser until Marco received the net amount due under the agreement. Lisa Schiff's company restored and framed the works (the latter without our consent), but in any case, these expenses amounting to $22,649.82 were paid by Victim-1          with the understanding that these amounts would be recouped from sales. Lisa Schiff's company invoiced us for these charges, but never showed any invoice or quote from the restorer or framer that performed the services.

At the exhibition, Ms. Schiff only sold a small Indian ink work. Later, she told us that she had a client who would buy two large paintings and a small ink on paper. Apparently knowing that she was not going to pay us, she asked that we send her another painting from Guatemala, which we did (paying the shipping costs as well). She paid for none of these works, later advising us that she was unable to meet her financial obligations.

We feel completely victimized by Ms. Schiff who caused Victim-1 to incur costs that were not recouped, kept for herself all the proceeds of the sale of artwork, and on top of that asked us to send her an additional painting so that she could sell it and keep for herself the sales proceeds. We feel mocked and taken advantage of by a person who was supposed to be acting in our interest but instead has no scruples and did terrible damage to us both financially and personally.

                            Respectfully submitted,

                        Ilana Abularach (Jan 3, 2025 17:22 EST)
                        Representative of Victim-1

                        Representative of Victim-1