# Exhibit D

[Victim-2's Son] – **Victim Impact Statement**

Your Honor,

Thank you for giving me the opportunity to speak today. My name is ▮▮▮▮▮▮▮▮▮. I am [Victim-2] and ▮▮▮▮▮▮▮▮'s son, and a beneficiary of the ▮▮▮▮▮▮▮▮ Living Trust. I am here to share the profound impact Lisa Schiff's actions have had on my life and my family.

Lisa wasn't just a family friend — she was part of our family for nearly 20 years. She was my mother's best friend, but she was so much more to me. Over the years, Lisa became deeply intertwined in our lives. We went on countless art trips together — to London, Switzerland, Miami, Los Angeles, Paris, and even Pittsburgh. She was there for my first real experiences with the art world, including helping me buy my very first painting.

Lisa wasn't just a guide; she was someone I trusted and admired. Lisa and I shared moments I thought were truly special. Besides taking me to museums and galleries, she also worked her magic to get me a ticket to the sold-out *Game of Thrones* concert — an experience I'll never forget. Lisa also had an incredible bond with my mom. They spoke multiple times a day, and I didn't even have to ask who was on the phone — I just knew it was Lisa. She was there for all the milestones: my Bar Mitzvah, my sister's, and every one of my birthdays. I believed she truly cared about us, that she loved us like family.

But now, I know it was all a lie. Lisa didn't build these relationships out of love or care; she used them. She manipulated her way into our lives so she could exploit our trust for her own gain. She stole $6 million from my family, including $200,000 from me personally. Her betrayal wasn't just financial — it was deeply personal.

The pain of what she did to my mom is unbearable. My mom always wanted a sister, and Lisa became the sister she had always dreamed of. Lisa wasn't just a friend to my mom; she was family. That's what makes this so devastating. Lisa exploited my mom's love and trust in the cruelest way possible.

Since this all happened, my mom has changed.  In addition to the loss of her relationship with Lisa, Lisa's theft has weighed heavily on my mom and hurt her deeply. It's like she's lost a part of herself. Lisa left her to face this nightmare alone, refusing to help in any way. My mom has had to spend hundreds of hours going through every painting she ever bought, calling galleries, trying to piece together the extent of the damage. Watching her go through that was heartbreaking. Seeing her cry, seeing the guilt she carried when she had to cancel sales of artworks for which she had paid but Lisa hadn't, and when she had to decline gallerists' requests for funds to complete sales that she had previously agreed to and paid for (none of which was her fault), and knowing there's nothing I can do to help — it's been one of the most painful things I've ever experienced. Lisa didn't just steal money; she shattered my mom's spirit.

1

For me, Lisa's betrayal has left lasting scars. Not a day goes by where I don't feel the weight of what she did. This wasn't just someone I cared about — this was someone I thought of as family. I trusted her. I looked up to her. And she used all of that to destroy us. It's changed the way I see people. Before this, I believed in relationships, in the goodness of others. But now, I question everyone's motives.

What makes it worse is her complete lack of remorse. Lisa has shown no accountability, and made no effort to repair the damage she caused. She hasn't apologized or offered to help. Instead, she's left us to suffer wondering if anything she said was ever true.  In a February 18, 2025 profile of her in the New York Times, after promoting herself as good, caring art advisor, Lisa herself acknowledges that, "I am the worst kind of perpetrator, because I seem so good[.] . . .I'm a good person, I'm a good friend, I am loving and generous, I work hard — and I stole your money." https://www.nytimes.com/2025/02/18/arts/design/lisa-schiff-art-adviser-theft.html.

Lisa's actions were not impulsive mistakes. They were deliberate, calculated, and cruel. Even when her Ponzi scheme was collapsing, she continued to deceive us. Just a week before it all unraveled, she sat across from my mom and me at lunch, told me she loved me, and then tricked my mom into wiring $190,000 from my trust. She knew exactly what she was doing, and she didn't care.

Your Honor, while I understand the maximum recommended sentence Lisa faces is 51 months, I believe this is far too lenient given the gravity of her crimes and the depth of her betrayal. Lisa used love and trust as tools for manipulation, exploiting the very bonds that should have been sacred.

I urge you to consider the lasting impact of her actions on my family and me. She has shattered our trust, taken away our financial security, and caused a wound that may never fully heal. A sentence that reflects the full weight of her betrayal is the only way to provide justice.

Thank you for listening.

Sincerely,

Victim-2's Son

March 3, 2025