# Exhibit F

**Victim Impact Statement –** Victim-8's Spouse

Your Honor,

My name is ▇▇▇▇▇▇▇▇. I am a real estate professional, with degrees in Art History from Syracuse, and in Real Estate from NYU. I recently retired from the position of president of a California based–tech empowered real estate firm and had previously been President of Halstead Property and Brown Harris Stevens. My work in real estate encompassed real estate brokerage, mentorship, and leadership.

My husband is Victim-8, who is an experienced art professional. We have been collecting art together for almost thirty years. We work and socialize with art professionals, artists and art dealers on a daily basis. Victim-8 and I purchase art together and separately, and sometimes with Victim-2. We buy works that we love and those works often appreciate and enrich our investment portfolio.

### RELATIONSHIP WITH LISA SCHIFF

I met Lisa Schiff through Victim-8 at least 15 years ago. We developed a close relationship with her, saw each other socially and traveled together. She came to my 50th and 60th birthday celebrations. We were also close with her son; we went to his bris, and stood in when her son needed a father-figure for school events like a father-son breakfast. In fact, her son is mentioned in my last will and testament.

Victim-8 had more of a day-to-day relationship with Lisa than I did. Occasionally I would communicate independently with Lisa, but more of her communication was with Victim-8. From time to time, Victim-8 and I would also buy art through her – she would see something and suggest it to us. Victim-8 also purchased through her separately from me; I don't recall using her art advisory services without Victim-8.

### LISA'S LIFESTYLE AND SPENDING

I understood that Lisa was very good at her job and did well with her art advisory business. She seemed very successful; she spent extravagantly and lived well. She lived on a different level than we did, her motto seemed to be that she needed to spend money to make money. I thought it was odd, and in contrast to how Victim-8 and I live our life, but didn't know what she made – we did not discuss personal finances. She had an expensive apartment and always seemed to be spending money on luxuries.

Lisa was always traveling first class, staying at ultra-luxury five-star hotels, buying large quantities of the most expensive designer clothes – in short living a lifestyle from which it appeared that she did not have any money worries whatsoever. By contrast, I do not fly first class, nor stay in luxury hotels and generally buy my clothes on sale. The fact that she did the opposite at my expense is particularly galling to me.

1

**PURCHASE AND SALE OF THE GHENIE PAINTING**

In or about 2020, Victim-8 and I sold an artwork that we'd had for five or six years, and had some money left over to invest. Lisa was talking with our good friend Victim-2 (whom Victim-8 had introduced to Lisa years earlier) about purchasing a work by Adrian Ghenie, titled *The Uncle 3,* and Victim-2 asked if Victim-8 wanted to buy half. I talked with Victim-8 about it and we agreed to contribute to the Ghenie painting with Victim-2  It was not something we would have purchased on our own, but it was a great opportunity to acquire an investment piece by an in-demand artist at what Victim-8 and Victim-2 thought was a very fair price, and we felt it would appreciate significantly in value in the future. Our share was $875,000 (half of $1,750,000), which Victim-8 paid and then I paid him half of that ($437,500).

The painting was kept in storage; we didn't really think about the Ghenie or talk about it, until another of the artist's works came up at auction in about November 2022 and sold for $2.5 million. Lisa approached us at the same time, and noted that the recent $2.5 million sale of the other Ghenie would have increased the value of our Ghenie.

We still weren't necessarily thinking of selling our Ghenie, but Lisa said she had a buyer for it at $2.5 million, which we felt we should consider. The thought was that we would make a profit, and might be able to put the money to better use. Victim-8's elderly parents required more constant care than he could give them, and we were planning to move them into an assisted living facility. I was concerned that another recession might be coming, and the art market softening, and thought this could be an opportunity to convert an asset into cash, which was attractive since at the time I was approaching retirement. As I was winding down my career, I was looking forward to the use of these funds. They represent a significant portion of my total assets and the fact that I will not have them will make my retirement less comfortable.

Ultimately Victim-8 decided, and Victim-2 and I agreed, that we would sell the Ghenie. In early to mid-November 2022, Victim-8, Victim-2 and I agreed with Lisa for her to broker the sale of the Ghenie for $2.5 million (Lisa said the buyers needed payment terms) and distribute the sale proceeds 50% to Victim-8 and me, and 50% to Victim-2 with Lisa receiving a 10% commission on the purchase price. Lisa did so through Sotheby's Hong Kong in or about December 2022, and the painting was delivered to Sotheby's New York on December 5, 2022 per her instructions.

On January 18, 2023, $225,000 of the sale proceeds were wired into Victim-8's bank account; he transferred half to me. I believe Victim-2 received the same amount on the same day. And I believe that Lisa took her 10% commission on the sale, $250,000, on January 18, 2023. We understood that this was the first payment from the buyers, who still owed Victim-8, Victim-2 and me the balance of $1,800,000. Lisa promised to disburse the balance ($900,000 to Victim-8 and me, and $900,000 to Victim-2) on March 26, 2023.

However, before March 26th, Lisa asked us to give an extra thirty days to make the payments, to accommodate the purchasers in Hong Kong, who she assured us were not backing out of the sale. Lisa guaranteed that the $900,000 payments would be made. On April 23, 2023, Lisa said the purchasers needed another two weeks to make the $900,000 payments, and texted Victim-8 that the buyer was trying, no one was worried, and if possible they would send smaller payments in the meantime. But she assured us, again, that the payments would be made and that the purchasers were not backing out.

Because the transfer of the Ghenie proceeds kept getting postponed, on May 5, 2023, I texted Lisa to confirm that our $900,000 payment would be coming on Monday, May 8, 2023; Victim-8 and I had told her the proceeds were needed to cover Victim-8's parents' assisted living facility. Lisa said yes, we would have the payment; it was just the way the Chinese did business and it wasn't atypical that people would have trouble getting money together. She texted Victim-2 and me that she was "working on it…." I thought we still had possession of the painting at this point; generally a work is not released without being paid in full. On Sunday, May 7, 2023, Lisa emailed Victim-8 two decks of other artworks available for purchase.

On May 8, 2023, Victim-8 was supposed to meet Lisa at her office in Tribeca, get coffee with her and then preview the contemporary art auctions together. He texted me at around 9:30 or 10 a.m. and said that, Lisa doesn't have our money, she spent it, and that we need a lawyer. I was shocked. It was such a betrayal, especially since Victim-8 and I had told Lisa that our share was needed to help Victim-8's parents.

**LISA'S ADMISSION AND THE AFTERMATH**

Victim-2 Victim-8 and I spoke several times on May 8, 2023. Lisa had called Victim-2 and said she could not pay Victim-2 for her share of the Ghenie, that she had not paid for some other artworks Victim-2 had purchased, and that she had been using her clients' money for years. She also told Victim-2 to call her lawyer.

When Victim-8 and Victim-2 called Lisa's lawyer, he told us to get our own lawyer. This itself was surprising; we had presumed he would want to talk with us about how Lisa planned to repay us and work things out. We immediately found counsel, who also tried to talk with Lisa's attorney, but had no better luck with him.

We learned from Sotheby's that the Ghenie painting was indeed sold for $2.5 million, all of which had been paid to Lisa's company, Schiff Fine Art ("SFA"). Sotheby's first remitted $810,000.00 to Lisa/SFA on December 16, 2022, and then remitted the balance of $1,690,000.00 to SFA on January 17, 2023. Lisa never told us about Sotheby's December 2022 payment to SFA, and remitted nothing to Victim-8, Victim-2 or me from the December 16 payment. She waited another month before distributing anything to us, and what she distributed to each of us was less than her quarter-million-dollar commission.

It's clear to me now that this was a premeditated theft and that Lisa set the Ghenie sale up as a fraud from the start. From Day 1, the payment schedule was not what she told us. And as the months went by, and she kept promising new payment dates, she knew they were false – because she knew that in fact, she got 100% of the money in December and January, not January and March, or April, or May. We knew she had an installation scheduled for another client in January 2023 – I presume she needed a couple million dollars, and she figured she could sell our painting and take the money. It's particularly galling that she took her commission on the first payment – in my business, I get paid at the conclusion of the transaction, once all monies have been conveyed.

During May 8 and in the following days, we heard that Lisa had been calling and emailing other clients and telling them that she had fallen on hard times. In some cases Lisa's attorney sent other

3

clients information about their works that were affected, and how much money was at issue. Lisa and her attorney did not do that for us. We also heard that Lisa was trying to sell some assets (jewelry).

With no information about where our money had gone and no cooperation from Lisa or her counsel, Victim-2 her husband ▓▓▓▓▓▓, and Victim-8 and I felt we had no choice but to file a lawsuit in New York state court and seek a restraining order to prevent Lisa from dissipating, hiding or removing any assets. Also, Lisa stole far more than the Ghenie proceeds from Victim-2 and her family, which Victim-2 found out as she started investigating – which she had to do because Lisa wouldn't tell Victim-2 the extent of the theft and Lisa's lawyer wasn't helpful. Victim-2 and her husband filed a second civil lawsuit in New York state court to address the other works they learned Lisa had not paid for.

Complicating things further, Lisa had executed an assignment for the benefit of creditors for SFA. The assignee she and her lawyers chose was supposed to gather and distribute assets for the benefit of SFA's creditors.

In each of these three lawsuits, we tried to get basic information about what had happened to our funds, and Victim-2 and her husband tried to get information about where the funds they entrusted to Lisa for artwork purchases were, and the status of the artworks they purchased and sold through Lisa. We were able to get an injunction. But Lisa and her attorney blocked our efforts to obtain discovery by invoking Lisa's and SFA's purported Fifth Amendment rights and refusing to provide information or documents. These problems were compounded when the assigned judge retired; several motions were pending, and a new judge was not assigned for over six months.

In the ABC proceeding, the SFA assignee also refused to provide information – even when our lawyer subpoenaed him as the assignee requested. He also filed motion after motion including against creditors like Victim-2 and some of Lisa's wealthy Boston clients.

Our lawyers had to try to get information from third partes, and issued subpoenas to banks, galleries, and others. This became the only way to get any information that might help us figure out where the money had gone. We had to share that information with the assignee and Lisa's attorney, basically doing their work for them while they did nothing to assist.

Victim-8 and I, and Victim-2 were also interviewed by the AUSA in connection with the criminal case against Lisa.

The result of all of this is that on top of the money and art that Victim-2 Victim-2's husband, Victim-8 and I lost, we've had to incur significant amounts of attorney fees to try to gather information about what Lisa had done and obtain any recovery. Also, having the money for Victim-8's parents stolen, and scrambling to free up other resources, was very stressful.

**SENTENCING**

Lisa's attorneys' comments to the press about Lisa working to make things right, wanting to set the stage for a comeback, like her prior attorney's comments about her deserving sympathy or leniency because she's a single mom, are infuriating; and I have to say how strongly I disagree with them.

4

No one made Lisa steal from us or her other clients. This was her choice. And what happened with the Ghenie painting and proceeds, makes really clear that Lisa made a deliberate, calculated decision every time that she lied to us about the purchaser needing payment terms, when actually the purchaser paid long before and she hid it from us.

Lisa is the person responsible for the situation she's in – and for the situation in which she left all of us. She took the most advantage of the people who were closest to her. She fostered relationships with us, obtained our trust, and then took advantage of that trust and used it against us.

I've read the transcript of Lisa's plea hearing, and her statement to the Court about her actions. The fact that after a year and a half she decided to plead guilty, doesn't make up for the chaos and the damage she created for us, or anyone else. That Lisa is a single mom makes what she did all the more inexplicable. Her child – who [Victim-8] and I loved – didn't make her do what she did – but I have to question how she didn't take him into account when she was stealing from her clients.

When Lisa pleaded guilty and waived her Fifth Amendment rights at her plea hearing, [Victim-8], [Victim-2], [Victim-2's husband] and I really hoped that we'd be able to work with her to get information that could be helpful to us in the other litigation that we've had to be part of. We didn't expect that at this point we would be able to recover from her what she stole, but our lawyers talked with her attorneys about information that she could provide that could be helpful to us in the other litigation we've had to file. We presumed she would want to do that, at the least because it might be helpful to her at sentencing.

It was shocking to us that we've received virtually nothing in the way of assistance from her or her lawyers. Our counsel spent an hour on the phone with Lisa's criminal attorney explaining what assistance we would like from her. And there was a lot of posturing from her attorney, but he said he would talk to her. The next thing we heard, another set of Lisa's lawyers stepped in and wanted our counsel to help clarify something in her criminal lawyer's notes – but when our lawyers got on the phone with Lisa's second set of lawyers, they wanted our lawyers to go through the entire same discussion they'd already had with her criminal attorney. They didn't produce a single bit of information, or respond to any of the issues our lawyers had raised, or offer any excuse why they couldn't or wouldn't do so. It was just another runaround.

Two and a half months after our attorneys had this discussion with Lisa's attorneys, one of her attorneys sent some documents relating to our losses, and a chart designated "for settlement purposes" - although we are not in settlement discussions with Lisa. The documents address more of what Lisa wants to portray regarding certain transactions, than they respond to our questions. And the effect of Lisa's counsel's "settlement" designation is to allow Lisa to use the documents in connection with her sentencing, but not us – even though much of the information in them is false or misleading. In other words, the game/con/lies continue.

For all of Lisa's supposed regret, and the fact that she stole nearly a half a million dollars from me, she has never apologized or said one word directly to me. Maybe she has to other victims, but not to us. To me this just shows that if she is sorry, it's because she was caught, not for the harm she did to us.

I believe that Lisa is an unrepentant liar now and has been during this entire ordeal. She has shown no remorse or concern for anyone other than herself.

5

For all of these reasons, I think the Court should send Lisa a message that recognizes the seriousness and consequences of her actions. The AUSA has already recommended a sentence well below the maximum 20-year sentence for wire fraud. I would submit that a sentence at the upper end of the agreed range, fifty-one months, is the least she should be sentenced to.

Thank you for your time and consideration.

Very truly yours,
Victim-8's Spouse

March 3, 2025