# Exhibit G

**Victim Impact Statement – Victim-7**

Your Honor,

My name is Victim-7. I am an attorney and philanthropist, and now one of Lisa Schiff's collector-victims of her fraud in connection with her art advisory business.

I was collecting art before I ever met Lisa, mainly contemporary art dating back to the 1940s, and especially women's abstract expressionist works. Most of the art I purchase is displayed in my home rather than in storage.

I first met Lisa eight or ten years ago, through a friend who was working with and recommended Lisa as an art advisor. I started off slow working with Lisa, attending some U.S. art shows with her, and worked with her more as my art budget grew. We had a friendly relationship but were not "friends" in touch by phone, text messages and email. Lisa frequently sent me ideas for artworks to purchase, and we would go on "field trips" to art galleries and studios. I worked with Lisa to purchase works of art for my collection about eight to ten times per year.

In the spring of 2023 I had been looking for a while for a work by the artist Katharina Grosse to add to my collection. I found a recent painting she had done, *Untitled,* 2022, acrylic on canvas, 58 1/4 by 47 5/8 inches (148 by 121 cm). I spoke with Lisa by phone to say I would like to buy it, and emailed the same to her employee Marika, who had a good relationship with Galerie Max Hetzler in Berlin, Germany, which had the painting. Besides Lisa, Marika was the only employee of Lisa's that I knew.

Max Hetzler offered the work for sale for 215,000€, less a 25,000€ discount, for a total price of 190,000€. On or about March 20, 2023, Lisa's employee Marika emailed me an invoice dated March 17, 2023 for the Grosse painting, for $233,257.00, less a special discount of $27,125.00, for the net price of $206,150.00, plus a ten percent commission on the full price ($23,327.50), and sales tax of $20,366.13, for a total of $249,843.63.

Lisa demanded the money very quickly, within a few weeks, and pressured me by text and in multiple phone calls. She said the gallery was pressuring her and saying that someone else would buy the painting if I did not. Lisa was the first art advisor I had worked with; when I questioned whether it was normal for a gallery to ask for payment so quickly, she said that it was urgent if I wanted the work. On March 27, 2023, I paid Lisa in full by wire from my J.P. Morgan account to her SFA account.

On or about May 8, 2023, I heard that Lisa had been stealing funds from her clients and using them for purposes other than her clients' art purchases. Lisa texted me twice: once to wish me a Happy Mother's Day, and once with an apology. I was shocked, and kept hearing more news among friends and acquaintances in the art community throughout the day, as the scope of Lisa's actions began coming out.

Lisa's assistant Marika called me on May 10, 2023; she was upset and shaken, and said she knew I had heard the news about Lisa. Although Lisa had told me she paid for my Katharina Grosse painting, I asked Marika to confirm this with the gallery. Marika called Galerie Max Hetzler, which advised that they had not received any payment for the work, but were still willing to sell it to me.

I created an inventory of works I had purchased through Lia, and asked her to confirm the provenance and that the works had been paid for. I received an email and spreadsheet from Lisa's longtime attorney, confirming that Lisa had not paid for the Katharina Grosse. After that, everything blew up as Lisa and her firm were sued, and she executed an assignment for the benefit of creditors of SFA (the "ABC proceeding") in New York Supreme Court.

In July 2023 I filed a proof of claim in the ABC proceeding, in the amount of at least $249,843.63. In January 2024 Lisa personally filed a Chapter 7 bankruptcy petition. I and several other creditors (my friends Victim-2 and Victim-2's husband, and Victim-8's spouse), filed an involuntary Chapter 7 petition against SFA, so that all proceedings would be consolidated in one court. I understand that Lisa consented to the Chapter 7 petition against SFA. I filed proofs of claim in the Chapter 7 proceedings against Lisa and SFA, for the theft of my funds. I also appeared for an interview with the US Attorney's Office in connection with the criminal investigation of Lisa's fraud.

I repurchased the Katharina Grosse painting directly from Galerie Max Hetzler – so paid for the work twice. While I am fortunate to be able to do so, this was still a very large financial hit for me. In addition to the nearly quarter of a million dollars that Lisa stole from me, I have had to incur attorney fees to protect my interests in the ABC proceeding, the bankruptcy proceedings, and this action.

Other than Lisa's text apology and her longtime attorney's email in May 2023, I have not heard from Lisa or her lawyers. They have not contacted me to try to make things right; although I understand her criminal attorney has told the press how eager Lisa is to do so. I have seen no evidence of this and Lisa has not been helpful to me or my lawyers. From my perspective, any action Lisa has taken might indicate that she's sorry that she got caught – but not for what she did, the harm she caused to others, including me, and the chaos she left behind.

For all of these reasons, as much as I wish this wasn't the case, I think the Court should send Lisa a message that recognizes the seriousness and consequences of her actions. The AUSA has already recommended a sentence well below the maximum 20-year sentence for wire fraud. I would submit that a sentence at the upper end of the agreed range, fifty-one months, is the least she should be sentenced to.

Thank you for your time and consideration.

Very truly yours,

Victim-7

March 3, 2024

2