# Exhibit H

Artist-1 – VICTIM IMPACT STATEMENT

Your Honor,

My name is Artist-1. I am a visual artist (painter), based in New York City, and a professor, curator and writer. I received my BFA from the San Francisco Art Institute in 2003, and was awarded the American Academy of Arts and Letters' John Koch Award for Best Young Figurative Painter in 2012. My artworks are included in several prominent museum collections, including the Guggenheim Museum in New York, the Boston Museum of Fine Art, the Albertina in Vienna, Austria, and others; and have been exhibited in prominent galleries.

I met Lisa Schiff in or about 2021, and began working with her at that time. She was very complimentary and supportive of my work, sold some of my paintings to her clients, and purchased some for her own collection. Together we did the first show of my pastel works, which was the first time I had an opportunity to have a show of only pastels. When I worked with Ms. Schiff, I understood she would place (sell) my works with reputable collectors. I gave her the same discount that the galleries I work with receive; and I especially trusted her because she said she had my personal interests at heart.

I was very nervous about working with auction houses when I began working with Ms. Schiff. Generally, an artist will work with a gallery to sell their works to collectors; auction sales are typically secondary market sales. Also, an artist's career, reputation and longevity generally benefit more when their works are purchased and held for at least several years, rather than being flipped at auction. Ms. Schiff told me not to worry and that she would help navigate the complexities of the auction houses.

Since Ms. Schiff and her company Schiff Fine Art LLC went into bankruptcy, several of my works have popped up at obscure auction houses like Millea Brothers in New Jersey. I had never heard of this company until two of my paintings, which apparently were in Ms. Schiff's/SFA custody when her business closed, appeared on the Millea Brothers website for auction in or about December 2024. My pastels currently sell in the range of $10,000, so I was shocked to see Millea Brothers listing the best of those works with estimates of $800 - $1,200 and $700 - $1,000, and opening bids of $400 and $350. To see my works so devalued was very upsetting. Even the ultimate sale prices, $6,000 and $3,750, were much lower than similar works of mine have sold for. See https://auctions.milleabros.com/auctions/1-9TTB8T/select-3-day-auction?limit=36&search=.

Since Ms. Schiff's and SFA's bankruptcy filings, there has also been a huge uptick of my works put up for auction at Phillips. Now, every time there is an auction I have to look for the next piece that I thought was in a collector's home to pop up for sale, because Ms. Schiff did not in fact place it. Phillips was offering my painting *Cliff Walk Study* (2021), for sale on February 28, 2025, "to be sold to benefit the creditors of Lisa Schiff and Schiff Fine Art," with an estimate of $20,000 - 30,000. See https://www.phillips.com/detail/. I ended up buying my own work back from Phillips.

It is ironic that although Ms. Schiff said she would always help me with auction houses, her wrongful conduct has now become my problem (and I know other artists who worked with her are experiencing similar problems). All of this is disappointing personally, especially because I so trusted her. I hope my statement will help the Court appreciate that the effects of Ms. Schiff's actions will be felt

1

throughout the art world, by artists, galleries, vendors, etc., in addition to the collectors she stole from, potentially for years to come.

    Thank you for your time and consideration.

Very truly yours,

Artist-1

March 3, 2025