# RANDY SCOTT ZELIN P.C.

**641 LEXINGTON AVENUE**
**29TH FLOOR**
**NEW YORK, NEW YORK 10022**

**WWW.RANDYZELINLAW.COM**

Randy Zelin                                                                                                           T 212.319.4000
rsz@rszpc.com                                                                                                   F 212.656.1118

March 13, 2025

By ECF
The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    United States v. Schiff
                 Criminal Docket no.: 24-CR-00605-JPO

Dear Judge Oetken:

      I represent Lisa Schiff, the defendant. Sentencing is scheduled for March 19, 2025, at 11 AM. My letter requests leave to file additional materials under seal as part of my client's sentencing submission to the Court. These materials relate to my client's cooperation with victims/creditors and with the government and contain personally identifiable information relating to the victims/creditors. These materials are relevant to the government's submission and the victim impact statements.

                                                Respectfully submitted,

                                               */s/ Randy Zelin*

cc:    Cecilia Vogel, Esq. for the government
         Stephanie McMahon, USPO