UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

      v.

LISA ANN SCHIFF

**Consent
Order of Restitution**

24 Cr. 605 (JPO)

Upon the application of the United States of America, by its attorney, Matthew Podolsky,

Acting United States Attorney for the Southern District of New York, Cecilia Vogel, Assistant

United States Attorney, of counsel; the presentence investigation report; the defendant's

conviction on Count One of the Information; and all other proceedings in this case, it is hereby

ORDERED that:

### 1.    **Amount of Restitution**

LISA ANN SCHIFF, the defendant, shall pay restitution in the total amount of

$9,147,789.26, pursuant to 18 U.S.C. § 3663A, to the victims of the offense charged in Count One.

The names, addresses, and specific amounts owed to each victim are set forth in the Schedule of

Victims, attached hereto as Schedule A.  Upon advice by the United States Attorney's Office of a

change of address of a victim, the Clerk of Court is authorized to send payments to the new address

without further order of this Court.

### A.    **Joint and Several Liability**

Restitution is not joint and several with other defendants or with others not named herein.

### B.    **Apportionment Among Victims**

Pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United

States is paid.  Restitution shall be paid to the victims identified in the Schedule of Victims,

attached hereto as Schedule A, on a pro rata basis, whereby each payment shall be distributed

2025.02.20

proportionally to each victim based upon the amount of loss for each victim, as set forth more fully in Schedule A.

2. **Schedule of Payments**

Pursuant to 18 U.S.C. § 3664(f)(2) (incorporating § 3572), in consideration of the financial resources and other assets of the defendant, including whether any of these assets are jointly controlled; projected earnings and other income of the defendant; and any financial obligations of the defendant; including obligations to dependents, the defendant shall pay restitution in the manner and according to the schedule that follows:

The total amount of restitution is due immediately; however, in the interest of justice, restitution will be payable in installments pursuant to 18 U.S.C. § 3572(d)(1) and (2).

The defendant will commence monthly installment payments of at least twenty percent of the defendant's gross income, payable on the fifteenth of each month, except that while the defendant serves a term of imprisonment, the required installment payments may be made through the Bureau of Prisons' (BOP) Inmate Financial Responsibility Program (IFRP), subject to 18 U.S.C. § 3664(n).

This schedule is without prejudice to the Government taking enforcement actions, pursuant to 18 U.S.C. §§ 3613 and 3664(m)(1)(A), to the extent warranted.

3. **Payment Instructions**

The defendant shall make restitution payments by certified check, money order, or online. Instructions for online criminal debt payments are available on the Clerk of Court's website at https://nysd.uscourts.gov/payment-information#PaymentofCriminalDebt. Checks and money orders shall be made payable to the "SDNY Clerk of Court" and mailed or delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required

by 18 U.S.C. § 3611.  The defendant shall write his/her name and the docket number of this case on each check or money order.

**4**.    **Change in Circumstances**

The defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation Program) of (1) any change of the defendant's name, residence, or mailing address or (2) any material change in the defendant's financial resources that affects the defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k).

Pursuant to 18 U.S.C. § 3664(j)(2), the defendant shall notify the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation) of any amount recovered by a victim for the same loss amounts listed in Schedule A, including payments made to victims in the pending bankruptcies, *In re Schiff Fine Art, LLC*, No. 24-10039 (DSJ) (Bankr. SDNY), and *In re Lisa Schiff*, No, 24-10010 (DSJ) (Bankr. SDNY), to reduce the restitution amount for such victim(s) accordingly.

**5.    Term of Liability**

The defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b).  Subject to the time limitations in the preceding sentence, in the event of the death of the defendant, the defendant's estate will be held responsible for any unpaid balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue until the estate receives a written release of that liability.

6.    **Sealing**

Consistent with 18 U.S.C. §§3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal

Procedure 49.1, to protect the privacy interests of victims, the Schedule of Victims, attached hereto

as Schedule A, shall be filed under seal, except that copies may be retained and used by or disclosed

to the listed victims, the Government, the investigating agency, the Clerk's Office, and the

Probation Office, as needed to effect and enforce this Order, without further order of this Court.


AGREED AND CONSENTED TO:

MATTHEW PODOLSKY
Acting United States Attorney for the
Southern District of New York

By: _____          3|19|25
     Cecilia Vogel                    DATE
     26 Federal Plaza
     New York, NY 10278
     Tel.: (212) 637 – 1084

LISA ANN SCHIFF

By: _____          3|19|25
     Lisa Ann Schiff                  DATE

By: _____          3-19-25
     Randy Zelin, Esq.                DATE
     641 Lexington Avenue, 29th Floor
     New York, NY 10022
     Tel: (212) 319-4000


SO ORDERED:
_____               3/19/2025
HONORABLE J. PAUL OETKEN              DATE
UNITED STATES DISTRICT JUDGE


2025.02.20                      4